IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE N. HERNANDEZ | : |
| | : |
| v. | : CIVIL ACTION |
| | : NO. 14-2724 |
| CAROLYN W. COLVIN, | : |
| Commissioner of the Social Security | : |
| Administration | : |

# ORDER

**AND NOW**, this ___21st___ day of October, 2015, upon careful and independent consideration of Plaintiff's request for review (Doc. 3), Defendant's Answer with Affirmative Defenses (Doc. 7), Plaintiff's Motion in Support of Request for Review, including Plaintiff's Brief and Statement of Issues in Support (Doc. 9), Defendant's Response to Request for Review of Plaintiff (Doc. 11), the Report and Recommendation of United States Magistrate Judge M. Faith Angell (Doc. 15), and all other responses thereto, **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. Plaintiff's Request for Review is **GRANTED**; and
3. This matter is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.C.J.**